# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cr-00575-JCM-LRL |
| | ) | |
| vs. | ) | |
| | ) | |
| EDUARDO MORAN, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

On September 23, 2011, this Court granted defendant's Motion to Withdraw as Counsel (101) for Eduardo Moran, submitted by Michael J. Miceli.

The court having read and reviewed the motion and good cause appearing it is hereby GRANTED.

IT IS ORDERED that MARIO VALENCIA, ESQ is appointed as counsel in place of Michael Miceli for purposes of an appeal.

Mr. Miceli shall forward the file to Mr .Valencia forthwith.

DATED this 28th day of September 2011.

_____
UNITED STATES MAGISTRATE JUDGE