AO 249  (Rev. 01/09) Drug Offender's Reinstatement of Federal Benefits

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:10-CR-0575-JCM-VCF |
| EDUARDO MORAN | ) | |
| | ) | Sentencing Date: 02/18/2014 |
| *Defendant* | ) | |

### DRUG OFFENDER'S REINSTATEMENT OF FEDERAL BENEFITS

The defendant has successfully completed a supervised drug rehabilitation program, or has in good faith tried to gain admission to such a program but was unable to do so because of its cost or inaccessibility, or has otherwise been rehabilitated.

**IT IS ORDERED**: Under 21 U.S.C. §862(c), the defendant's federal benefits suspended by the court on a conviction for the distribution or possession of a controlled substance are reinstated.

Date: March 13, 2014

*Judge's signature*

JAMES C. MAHAN, U.S. DISTRICT JUDGE
*Printed name and title*

City and state of defendant's residence:  3825 W. 11st St. Ingelwood, CA  90303

Last four digits of SSN:  5150

Year of birth:  1987

The clerk of court is responsible for sending a copy of this form to:

U.S. Department of Justice - Office of Justice Programs
Attn: Denial of Federal Benefits Program
810 Seventh Street, NW
Washington, D.C. 20531